USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/2/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLOBAL EMPIRE CORPORATION,

               Plaintiff,

      v.

IHERB, INC.,

               Defendants.

No. 19-CV-1836 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court will hold oral argument as to Defendant's motion to dismiss on January 16, 2020, at 3:00 p.m., in Courtroom 1506 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated:    January 2, 2020
           New York, New York

                                                Ronnie Abrams
                                                United States District Judge