USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/16/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLOBAL EMPIRE CORPORATION,

        Plaintiff,

v.

IHERB, INC.,

        Defendants.

No. 19-CV-1836 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

For the reasons discussed at today's conference, Defendant's motion to dismiss is granted. The breach of contract claim (Count One) is dismissed without prejudice, and the breach of the covenant of good faith and fair dealing claim (Count Two) is dismissed with prejudice. No later than January 24, 2020, Plaintiff shall file its amended complaint. Defendant shall respond to the amended complaint no later than February 14, 2020.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 9.

SO ORDERED.

Dated:    January 16, 2020
             New York, New York

Ronnie Abrams
United States District Judge