UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLOBAL EMPIRE CORPORATION,

                    Plaintiff,

        v.

IHERB, INC.,

                    Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4-20-20

19-CV-1836 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      No later than May 11, 2020, the parties shall jointly submit to the Court a proposed case management plan and scheduling order. A template for the order is available at https://nysd.uscourts.gov/hon-ronnie-abrams. The status letter and the proposed case management plan should be filed electronically on ECF, consistent with the Court's Electronic Case Filing (ECF) Rules & Instructions, which were updated on April 1, 2020, and are available at https://nysd.uscourts.gov/rules/ecf-related-instructions.

SO ORDERED.

Dated:    April 20, 2020
            New York, New York

                                                RONNIE ABRAMS
                                                United States District Judge